## Estate of John T. Gallaher.

Argued October 9, 1929.

Before PORTER, P. J., TREXLER, KELLER, LINN, GAWTHROP, CUNNINGHAM and BALDRIGE, JJ.

274

*Eric A. McCouch,* for appellant.

*J. Claude Bedford,* and with him *Roberts and Montgomery,* for appellee.

PER CURIAM, October 30, 1929:

The judgment is affirmed on the opinion filed by Judge VAN DUSEN of the court below.